UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. MILNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPA EMERGENCY WOMEN'S SERVICES (NEWS), et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-03428-SK<br><br>**ORDER DENYING AMANDA DAWSON'S REQUEST FOR E-FILING ACCESS**<br><br>Regarding Docket No. 8 |

Amanda Dawson, the purported fiancé of Erik R. Milner ("Plaintiff"), has filed a letter requesting permission to file on behalf of Plaintiff in this case. (Dkt. No. 8.) The letter from Dawson includes a form granting temporary power of attorney to Ms. Dawson and includes a series of exhibits related to Plaintiff's case. Dawson essentially seeks to act as Plaintiff's attorney in this matter. However, having power of attorney does not give Dawson the right to represent Plaintiff in this Court. Only licensed attorneys may represent others in this Court. Moreover, Plaintiff's recent incarceration does not prevent him from continuing to represent himself in this matter. Plaintiff need only update his contact information so that he can receive communications at the Napa County Correctional Facility. Accordingly, Ms. Dawson's request is hereby DENIED.

**IT IS SO ORDERED**.

Dated: May 19, 2025

_____
SALLIE KIM
United States Magistrate Judge