UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. MILNER,<br><br>            Plaintiff,<br><br>    v.<br><br>NAPA EMERGENCY WOMEN'S SERVICES (NEWS), et al.,<br><br>            Defendants. | Case No. 25-cv-03428-JSC<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE COMPLAINT ON DEFENDANTS** |

On April 17, 2025, Erik Randall Milner filed a complaint naming the following defendants: Napa Emergency Women's Services (NEWS), Napa County Child Welfare Services (CWS), Napa County Health & Human Services (HHSA), Napa County Probation Department, and Martha Jiminez Ramirez. (Dkt. No. 1.) According to the docket, Mr. Milner has yet to serve any of these defendants.

Federal Rule of Civil Procedure 4(m) provides "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Because over 90 days have elapsed since Mr. Milner filed the complaint and because Mr. Milner has yet to serve any defendant, the Court "order[s] that service be made within a specified time." *See* Fed. R. Civ. P. 4(m). Specifically, by **September 8, 2025**, Mr. Milner must serve the defendants and file proof of service on the docket. Otherwise, pursuant to Federal Rule of Civil Procedure 4(m), this action will be dismissed without prejudice.

//

//

1      **IT IS SO ORDERED.**

2   Dated: July 24, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge